NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Naeun Rim (CA Bar #263558)
Kishan H. Barot (CA Bar # 281829)
Noro Mejlumyan (CA Bar #324145)
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA  90067

ATTORNEY(S) FOR: First Idea International LTD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Re Application of Patokh Chodiev for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER:

2:22-MC-00250-JAK-AFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for First Idea International LTD or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| First Idea International LTD | Subpoenaed Party |
| Jonathan Gray | Owner of First Idea International LTD |
| Patokh Chodiev | Applicant |

May 16, 2023
Date

/s/ Naeun Rim
Signature

Attorney of record for (or name of party appearing in pro per):

Naeun Rim

CV-30 (05/13)                           NOTICE OF INTERESTED PARTIES