NAEUN RIM (CA Bar #263558)
KISHAN H. BAROT (CA Bar #281829)
NORO MEJLUMYAN (CA Bar #324145)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  NRim@manatt.com
E-mail:  KBarot@manatt.com
E-mail:  Nmejlumyan@manatt.com

*Attorneys for*
First Idea International LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF PATOKH CHODIEV FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.  2:22-MC-00250-JAK-AFM<br><br>**[DISCOVERY MATTER]**<br><br>**FIRST IDEA INTERNATIONAL LTD'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS ISSUED PURSUANT TO APPLICANT PATOKH CHODIEV'S *EX PARTE* APPLICATION FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**<br><br>Date:   June 6, 2023<br>Time:   10:00 a.m.<br>Place:  Temple St., Ctrm #780, 7th Fl.<br><br>**Honorable Alexander F. MacKinnon**<br><br>Discovery Fact Cut-Off:       None<br>Final Pretrial Conference:    None<br>Jury Trial:                            None |

1    PLEASE TAKE NOTICE that on June 6, 2023, at 10:00 a.m., or as soon
2    thereafter as the matter may be heard, in Courtroom 780 of the Honorable
3    Alexander F. MacKinnon, located at 255 E. Temple St., Los Angeles, California
4    90012, First Idea International LTD ("First Idea") respectfully moves for an order
5    (or a report and recommendation) quashing the subpoenas issued pursuant to
6    Applicant Patokh Chodiev's *Ex Parte* Application for an Order to Take Discovery
7    Pursuant to 28 U.S.C. § 1782, and an order granting sanctions against Chodiev for
8    the attorneys' fees and costs of defending against or otherwise responding to the
9    subpoenas. In the alternative, First Idea moves for a protective order narrowing the
10   subpoenas and an order shifting the fees and costs of responding to the subpoenas.

11   This motion is made pursuant to Rule 45 of the Federal Rules of Civil
12   Procedure, Local Rule 37 of the Central District of California, the due process
13   clause of the Fifth Amendment of the United States Constitution, and the Court's
14   inherent supervisory powers. This motion is based on this Notice, the Joint
15   Stipulation Re First Idea International LTD's Motion to Quash Subpoenas Issued
16   Pursuant to Applicant Patokh Chodiev's *Ex Parte* Application For an Order to Take
17   Discovery Pursuant to 28 U.S.C. § 1782 or, In the Alternative, Motion for a
18   Protective Order, and Request for Sanctions, the Declarations of Naeun Rim,
19   Jonathan Gray, and Louis Godfroi, all accompanying exhibits, all pleadings and
20   records on file in this action, and on such other evidence or argument as may be
21   presented to the Court.

22   In accordance with Local Rule 37-1, the parties have met and conferred
23   extensively regarding the substance of this motion. The parties met and conferred
24   telephonically on January 19, 2023, January 30, 2023, February 15, 2023, February
25   23, 2023, April 14, 2023, and April 26, 2023. (Declaration of Naeun Rim ("Rim
26   Decl.") ¶¶ 4, 7, 12.) The parties also exchanged numerous written meet-and-confer
27   correspondence, including on February 9, 2023, February 13, 2023, February 24,
28   2023, March 3, 2023, March 8, 2023, April 28, 2023 and May 4, 2023. (*See* Rim

Decl. Exs. C-J.) Despite these extensive meet-and-confer efforts, the parties have been unable to resolve the dispute, and therefore, First Idea respectfully seeks the Court's assistance.

Pursuant to Local Rule 37-2.1, a copy of the Application (Dkt. 1-1), and Declarations of Kate Maguire (Dkt. 1-2) and Robert W. Mockler (Dkt. 1-3) filed on December 19, 2022, are attached as Exhibits K-L to the Declaration of Naeun Rim in Support of the Joint Stipulation.

Dated:   5/16/2023                                MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Naeun Rim*
Naeun Rim
Kishan H. Barot
Noro Mejlumyan
Attorneys for
First Idea International LTD