Thomas Watson (SBN 181546)
twatson@steptoe.com
Robert W. Mockler (SBN 200200)
rmockler@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
T: (213)439-9400
F: (213)439-9599

Attorneys for Applicant,
Patokh Chodiev

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF PATOKH CHODIEV FOR AN ORDER SEEKING DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.: 2:22-MC-00250-JAK-AFM<br><br>**[DISCOVERY MATTER]**<br><br>**DECLARATION OF PATOKH CHODIEV IN SUPPORT OF APPLICANT PATOKH CHODIEV'S OPPOSITION TO FIRST IDEA'S MOTION TO QUASH**<br><br>Date: June 6, 2023<br>Time: 10:00 a.m.<br>Place: Temple St., Ctrm #780, 7th Fl.<br><br>**Honorable Alexander F. MacKinnon** |

## DECLARATION OF PATOKH CHODIEV

I, Patokh Chodiev, declare under penalty of perjury as follows:

1. I am the Applicant in this matter.

2. I am a member of the Board of Directors of the Eurasian Resources Group ("ERG"). I submit this declaration in support of my Opposition to First Idea's Motion to Quash.

3. To my recollection, I have never met Jonathan Gray, and I first heard of Jonathan Gray and his company First Idea after Refinitiv identified First Idea in response to my Section 1782 Application to Refinitiv in the U.S. District Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of May, 2023 in Nice, France.

_____
Patokh Chodiev