NAEUN RIM (CA Bar #263558)
KISHAN H. BAROT (CA Bar #281829)
NORO MEJLUMYAN (CA Bar #324145)
MANATT, PHELPS & PHILLIPS, LLP
2045 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  NRim@manatt.com
E-mail:  KBarot@manatt.com
E-mail:  Nmejlumyan@manatt.com

*Attorneys for*
First Idea International LTD

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF PATOKH CHODIEV FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.  2:22-MC-00250-JAK-AFM<br><br>**[DISCOVERY MATTER]**<br><br>**SECOND DECLARATION OF JONATHAN GRAY IN SUPPORT OF FIRST IDEA INTERNATIONAL LTD'S SUPPLEMENTAL MEMORANDUM OF LAW**<br><br>Date:     June 6, 2023<br>Time:     10:00 a.m.<br>Place:    Temple St., Ctrm #780, 7th Fl.<br><br>**Honorable Alexander F. MacKinnon**<br><br>Discovery Fact Cut-Off:           None<br>Final Pretrial Conference:       None<br>Jury Trial:                                None |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

SECOND DECLARATION OF
JONATHAN GRAY
2:22-MC-00250-JAK-AFM

# SECOND DECLARATION OF JONATHAN GRAY

I, Jonathan Gray, declare as follows:

1. I am the founder of First Idea International LTD ("First Idea"). I make this declaration in support of First Idea's Supplemental Memorandum of Law. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit N** is a true and correct copy of the WhatsApp messages that I exchanged with BS between June 10 and July 27, 2020, with those in white bubbles reflecting the messages sent by BS.

I declare under penalty of perjury the foregoing is true and correct. Executed this 23rd day of May, 2023 in Los Angeles, California.



Jonathan Gray

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

SECOND DECLARATION OF
JONATHAN GRAY
2:22-MC-00250-JAK-AFM