# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit N



**Jun 10, 2020**

Hi Jonathan. Can we speak tomorrow?  12:38 PM

**Jun 16, 2020**

Hi B[redacted], happy to chat today and tomorrow. Please share a few slots if possible. Many thanks  10:37 PM

**Jul 27, 2020**

Missed voice call at 6:54 AM

Hi B[redacted], would you mind please sharing with me the two companies you referred to in terms of compliance check? Many thanks  8:52 AM

Bureau van Dijk and lexis nexis  9:10 AM

And worldcheck  9:10 AM

👍🙏 11:37 AM