UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  22-MC-00250-JAK-(AFM)                                                            Date: May 25, 2023

Title     IN RE EXPARTE APPLICATION OF PATOKH CHODIEV

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

|  Ilene Bernal  |  Recorded on XTR  |
|---|---|
|  Deputy Clerk  |  Recorder  |

| Attorneys Present for Patokh Chodiev | Attorneys Present for First Idea International, Ltd. |
|---|---|
| Thomas B. Watson<br>Robert Mockler | Naeun Rim<br>Norayr Mejlumyan |

**Proceedings HRG: MOTION OF FIRST IDEA INTERNATIONAL LTD TO QUASH SUBPOENAS (ECF #12)**

Telephonic hearing held regarding the pending motion to quash. The parties are directed to meet and confer regarding the subpoena categories and provide the results of their discusssions to the Court by June 1, 2023. After receiving that communication from the parties, the Court will issue a further order resolving the current discovery dispute.

                                                                                                     :50
**Initials of Preparer**   ib