| | |
|---|---|
| NAEUN RIM (CA Bar #263558)<br>KISHAN H. BAROT (CA Bar #281829)<br>NORO MEJLUMYAN (CA Bar #324145)<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA  90067<br>Telephone:  (310) 312-4000<br>Facsimile:  (310) 312-4224<br>E-mail:  NRim@manatt.com<br>E-mail:  KBarot@manatt.com<br>E-mail:  Nmejlumyan@manatt.com<br><br>*Attorneys for*<br>First Idea International LTD | THOMAS WATSON (CA Bar #181546)<br>ROBERT MOCKLER (CA Bar #200200)<br>ALEXANDER AVERY (CA Bar #307390)<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071<br>T: (213) 439-9400<br>F: (213) 439-9599<br>twatson@steptoe.com<br>rmockler@steptoe.com<br>aavery@steptoe.com<br><br>*Attorneys for*<br>Applicant Patokh Chodiev |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF PATOKH CHODIEV FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No.  2:22-MC-00250-JAK-AFM<br><br>**[DISCOVERY MATTER]**<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**Honorable Alexander F. MacKinnon**<br><br>Discovery Fact Cut-Off:     None<br>Final Pretrial Conference:   None<br>Jury Trial:                          None |

Applicant Patokh Chodiev ("Chodiev") and First Idea International LTD ("First Idea") hereby stipulate as follows:

1. The parties have prepared a proposed stipulated protective order in the form attached to this stipulation. The proposed stipulated protective order is based on the sample provided by the Court and has been modified based on the nature of the case, which is a Section 1782 proceeding, and discussions between the parties

2. The parties agree that the Court may enter the proposed stipulated protective order attached to the stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 17, 2023             MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Naeun Rim*
Naeun Rim
Kishan H. Barot
Noro Mejlumyan
Attorneys for
First Idea International LTD

Dated: August 17, 2023             STEPTOE & JOHNSON LLP

By: */s/ Robert Mockler*
Thomas Watson
Robert Mockler
Alexander Avery
Attorneys for Applicant
Patokh Chodiev

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Naeun Rim*
Naeun Rim
Kishan H. Barot
Noro Mejlumyan
Attorneys for
First Idea International LTD

Manatt, Phelps & Phillips, LLP

3

STIPULATION FOR ENTRY OF PROTECTIVE ORDER